193 So.2d 527

**Claude ROGERS et ux.**

v.

**FORD MOTOR COMPANY et al.**

**No. 48497.**

Jan. 20, 1967.

In re: Claude Rogers and his wife, Mrs. Claude (Dolly) Rogers applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo, 191 So.2d 713.

Writ refused. On the facts found by the Court of Appeal, we find the result is correct.

193 So.2d 527

**Hershel ROGERS et ux.**

v.

**FORD MOTOR COMPANY et al.**

**No. 48498.**

Jan. 20, 1967.

In re: Hershel Rogers and his wife, Mrs. Hershel (Mineola) Rogers applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo, 191 So.2d 715.

Writ refused. On the facts found by the Court of Appeal, the result is correct.